IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                              )<br>                Plaintiff,                      )<br>                                                              )<br>        vs.                                           )<br>                                                              )<br>ANTONIO BECERRA-SANCHEZ (4)  )<br>                                                              )<br>                Defendant.                    )<br>_____) | No. 1:12-CR-00234 LJO<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on July 8, 2013, to a period of less than time already served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.  This Order in no way addresses any potential or existing Immigration or Deportation issues.

IT IS SO ORDERED.

**Dated:   July 8, 2013**                       **/s/  Lawrence J. O'Neill**
                                                            UNITED STATES DISTRICT JUDGE

1